## Stillson *against* Sandford.

*Tho' the sums in the several counts before a justice exceed 25 dols. yet if no one count be for more, and the damages be laid at only 25 dols. it is within the jurisdiction of 10l. court. If it appear on the whole of the record that the cause before a justice has been fairly tried, the judgment will not be reversed for want of joining in issue or any technical error in the pleadings.*

*Shephard* assigned as errors on *certiorari*, first, that it appeared on the face of the record, that the demand before the justice was beyond his jurisdiction. Secondly, that the cause was tried, though no issue appeared to have been joined.

On the first point he said, the several sums in the various counts amounted to more than $15, and were for different matters; this, though the declaration did conclude within the sum authorized by the £10 act, was, he urged, erroneous.

*Per curiam.* It has been decided otherwise in a case in *Coleman.*

*Shephard.* The plea, though beginning as a demurrer, was in substance a former recovery in bar, which the replication denies; but though there is no issue on the fact, the justice goes on to try.

*Per curiam.* Let the judgment be affirmed. Whenever we can possibly intend from the record that the merits were fairly tried, we will not examine or test by technical rules the formality of the pleadings.